# Court of Appeals
# of the State of Georgia

ATLANTA, __February 22, 2017__

*The Court of Appeals hereby passes the following order:*

## A17E0038.  SELF v. SERRATO.

Stephen Self filed a pro se motion for extension of time to file an application for discretionary appeal from the trial court's order of January 24, 2017, denying Self's motion for new trial in a contempt action arising out of a divorce case.  No reason for needing an extension having been shown, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/22/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*